

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Frederick Lane Jones, Appellant

No. 06-12-00195-CR         v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 38,837-B). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment to reflect the trial court's oral pronouncement wherein it found Jones guilty of possession of four grams or more but less than 200 grams of cocaine with intent to deliver. We further modify the judgment to remove the language reflecting that the matter was submitted to the trial court as the result of a plea agreement. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Frederick Lane Jones, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 9, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk